2:20-cv-0239 EFB (PC)

## CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized by the Standing Order signed by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions", and approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by Plaintiffs housed at institutions participating under the e-filing program pursuant to the Standing Order and necessary for the purpose of initiating the civil case.

**I. PLAINTIFF** (to be Completed by Plaintiff)

DEON HAYGOOD

**II. DEFENDANT(S)** (to be Completed by Plaintiff)

GOVERNOR GAVIN NEWSOM
EX GOVERNOR JERRY BROWN
JOE LIZARRAGA, MCSP WARDEN
SCOTT KERNAN, EX DEPUTY DIRECTOR
ET AL.

**III. INSTITUTION BEING E-FILED FROM** (To be Completed by CDCR Staff Member)

CDCR Institution Abbreviation Code _____

**IV. SENDER INFORMATION** (to be Completed by CDCR Staff Member)

SENDER: _____  _____
(Please SIGN Name)       (Please PRINT Name)

DATE SCANNED & EMAILED: _____

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED ONLY** (to be Completed by CDCR Staff Member)

☐ This civil complaint, and other initial filing documents authorized by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions" is authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without the need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See Standing Order at ¶ 2.

DATED: _____

_____  _____
(Please SIGN Name)  (Please PRINT Name)

Institution Abbreviation Code: _____

See Reverse Side for "Instructions To Plaintiffs Participating In E-Filing Program At Participating CDCR Facilities"

ED Cal 1 (March 2016)